UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOHAN MARIN MARTINEZ,

Petitioner,

v.

ANDRE QUINONES ,

Respondent.

CASE NO. 2:26-cv-04604-BAT

**ORDER GRANTING PETITION AND DIRECTING RELEASE**

On November 21, 2026, Petitioner filed a 28 U.S.C. § 2241 habeas petition requesting his immediate release from immigration detention. Dkt. 1. Petitioner asserts he has lived in the United States for three years, entered through a CBP One appointment and was released on parole, has no criminal convictions, and was arrested and detained without notice or a hearing in violation of his right to due process. The government's abbreviated return states immigration officials re-detained Petitioner after previously having been released and requests this Court decide whether relief should be granted based upon the habeas petition. Dkt. 5.

The Court finds the § 2241 habeas petition sets forth a factual and legal basis that states a claim for the requested relief and accordingly **ORDERS**:

1. The petition for writ of habeas corpus, Dkt. 1, is **GRANTED**. Respondents shall release Petitioner from immigration custody within 24 hours of this Order, and return to

Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

2. Respondents shall file a **CERTIFICATION** that Petitioner has been released no later than 48 hours of the date and time this order is filed.

3. If Respondents seek to redetain Petitioner while he is subject to 8 U.S.C. § 1226(a), Respondents shall first provide written notice and a hearing before a neutral decisionmaker at which time the government will bear the burden to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.

4. Counsel may apply for EAJA fees and costs consistent with the requirements of the statute.

DATED this 25th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge